RECEIVED
IN MONROE, LA
AUG 3 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| JERMERA MARQUEZ MAYO | CIVIL ACTION NO. 07-0760 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MADISON PARISH SHERIFF'S OFFICE, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 7], together with the written objections thereto filed with this Court [Doc. No. 8], and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment herein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint [Doc. No. 1] is DISMISSED WITH PREJUDICE as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) and (2).

MONROE, LOUISIANA, this 29th day of August, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE